**7/22/2015**             **COA Case No. 02-14-00293-CR**
**PERRY, MICHAEL WAYNE Tr. Ct. No. 1302260D**   **PD-0907-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, September 11, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

                  Abel Acosta, Clerk

      MICHAEL WAYNE PERRY
      TDC# 1941592
      MCCONNELL UNIT
      3001 S. EMILY DR.
      BEEVILLE, TX 78102

**7/22/2015**                                                    **COA Case No. 02-14-00293-CR**
**PERRY, MICHAEL WAYNE    Tr. Ct. No. 1302260D**               **PD-0907-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension
of time in which to file the Petition for Discretionary Review.  The time to file the
petition has been extended to Friday, September 11, 2015.  NO FURTHER
EXTENSIONS WILL BE ENTERTAINED.  NOTE:  Petition For Discretionary
Review must be filed with The Court of Criminal Appeals.

                                                            Abel Acosta, Clerk

                    LISA MCMINN
                    STATE PROSECUTING ATTORNEY
                    P.O. BOX 13046
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

**7/22/2015**                                                    **COA Case No. 02-14-00293-CR**
**PERRY, MICHAEL WAYNE   Tr. Ct. No. 1302260D              PD-0907-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension
of time in which to file the Petition for Discretionary Review.  The time to file the
petition has been extended to Friday, September 11, 2015.   NO FURTHER
EXTENSIONS WILL BE ENTERTAINED.    NOTE:   Petition For Discretionary
Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

DISTRICT ATTORNEY  TARRANT COUNTY
SHAREN WILSON
401 WEST BELKNAP
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**7/22/2015**                                          **COA Case No. 02-14-00293-CR**
**PERRY, MICHAEL WAYNE   Tr. Ct. No. 1302260D           PD-0907-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension
of time in which to file the Petition for Discretionary Review.  The time to file the
petition has been extended to Friday, September 11, 2015.  NO FURTHER
EXTENSIONS WILL BE ENTERTAINED.  NOTE:  Petition For Discretionary
Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *